# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LATCH'S LANE OWNERS ASSOCIATION,

        Respondent

        v.

TAWOOS BAZARGANI, M.D.,

        Petitioner

:   No. 687 MAL 2015
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.